JS-6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| DOROTEO ESTRADA-JASSO, | ) | NO. CV 20-8455-JFW(E) |
| Petitioner, | ) | |
| v. | ) | JUDGMENT |
| T. JUSINO, Warden, | ) | |
| Respondent. | ) | |

Pursuant to the "Order of Dismissal,"

IT IS ADJUDGED that the Petition is denied and dismissed without prejudice.

DATED: September 21, 2020.

_____
JOHN F. WALTER
UNITED STATES DISTRICT JUDGE